**No. 54368.**—Max Gruendland et al. *v.* United States, protests 115677–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of leather miniature boxing gloves and baseball gloves or other leather articles similar in all material respect to those the subject of *United States* v. *Ignaz Strauss & Co., Inc.* (37 C. C. P. A. 32, C. A. D. 415), the claim of the plaintiffs was sustained.

**No. 54369.**—Finland Ceramics & Glass Corp. et al. *v.* United States, protests 80779–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54370.**—Anco Import Corp. et al. *v.* United States, protests 154536–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54371.**—Hoffmann-La Roche, Inc. *v.* United States, protest 151860–K (New York).

Opinion by COLE, J. It was stipulated that the merchandise in question is the same in all material respects as the estrogenic hormone passed upon in *Roche-Organon, Inc.* v. *United States* (35 C. C. P. A. 99, C. A. D. 378) The claim at 5 percent under paragraph 34, as modified by T. D. 51802, was therefore sustained.

**No. 54372.**—A. Maschmeijer, Jr., Inc., et al. *v.* United States, protests 134108–K, etc. (New York).

Opinion by COLE, J. It was stipulated that the merchandise in question consists of powdered extract of ox gall or bile the same in all material respects as the substance passed upon in Abstract 52867. The claim of the plaintiffs was therefore sustained.